**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08710

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald Kenneth Brundage and Judith Elaine Brundage<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Ronald Kenneth Brundage and Judith Elaine Brundage, Debtors, Dianne C. Kerns, Trustee.<br><br>    Respondents. | No. 4:10-BK-06486-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #25) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

>UNIT M-102, OF TWELVE HUNDRED RIVER ROAD CONDOMINIUMS, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED IN DOCKET 8549, PAGE 995 AND AS SHOWN ON THE PLAT OF SAID CONDOMINIUM RECORDED IN BOOK 36 OF MAPS, PAGE 70, IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.